UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BOBBY J. WILLIAMS,**

    **Plaintiff,**

**v.**                                    **Case No. 3:22cv21211-TKW-HTC**

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 18) and Plaintiff's objection (Doc. 20).[1]  The Court reviewed the issues raised the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determinations that the United States is the proper defendant and that this case should be dismissed for lack of subject-matter jurisdiction.  The Court also agrees with the magistrate judge determination that no evidentiary hearing is required because there is no genuine factual dispute as to whether the alleged

---

[1] Fed. R. Civ. P. 72(b)(2) provides that "[a] party may respond to another party's objections within 14 days after being served with a copy," but the Court sees no reason to defer consideration of the objections until the response period runs because the objections merely re-hash the arguments that presented to (and rejected by) the magistrate judge.

tortfeasor was acting within the course and scope of his employment. *See* Doc. 18 at 4-5. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's motion to dismiss is (Doc. 12) is **GRANTED** and this case is **DISMISSED without prejudice** for lack of subject-matter jurisdiction.

3. The Clerk shall enter judgment in accordance with this Order and close the file.

**DONE and ORDERED** this 10th day of January, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**